IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02310-BNB

RICHARD G. WILLIAMS,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 8 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Richard G. Williams, a State of Colorado prisoner, initiated this action by filing a pleading titled "Motion for Presentence Confinement Time Pursuant to C.R.S. § 18-1.3-405" challenging his state court sentence. In an order entered on September 21, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Williams to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Williams to file his claims on a Court-approved form that is used in filing 28 U.S.C. § 2254 actions. Magistrate Judge Boland also directed Mr. Williams either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Williams now has failed to file his claims on a proper Court-approved form as he was instructed to do and either submit a 28 U.S.C. § Motion and Affidavit or pay the $5.00 filing fee. Mr. Williams, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the habeas application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

_Christine M Arguello_

---

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02310-BNB

Richard G. Williams
Prisoner No. 139158
CMRC
2925 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk